Nos. 22-1743, 22-1744, 22-1745, 22-1746, 22-1747, 22-1748, 22-1749, 22-1750, 22-1751, 22-1752, 22-1753, 22-1754, 22-1755, 22-1756, 22-1757, 22-1758

UNITED STATES COURT OF APPEALS
FOR THE SEVENTH CIRCUIT

RICHARD MAZUREK, et al.,

    Plaintiffs-Appellees,

v.

METALCRAFT OF MAYVILLE, INC.,

    Defendant-Appellant.

Appeal from the United States District Court
for the Eastern District of Wisconsin
Case Nos. 17-cv-1439, 20-cv-0435, 20-cv-0436, 20-cv-0438, 20-cv-0439,
20-cv-0440, 20-cv-0441, 20-cv-0443, 20-cv-0447, 20-cv-0448, 20-cv-0449,
20-cv-0451, 20-cv-0452, 20-cv-0454, 20-cv-0455, 20-cv-0490
The Honorable Judge Brett H. Ludwig

NOTICE OF CHANGE OF LAW FIRM AFFILIATION

PLEASE TAKE NOTICE that Ronald S. Stadler and Jonathan E. Sacks, counsel for Defendant-Appellant in the above captioned matter, are no longer affiliated with Kopka Pinkus Dolin, PC, and are now affiliated with the law firm of Stadler Sacks LLC, located at 3070 Helsan Drive, Suite J, Richfield, Wisconsin, 53076, and will continue to appear in this action as counsel for Defendant-

Appellant. We request to continue to be electronically served with all future filings and be given notice of all hearings and court action in this case.

Dated this 9th day of March 2023.

        STADLER SACKS, LLC
        Attorneys for Defendant

By:   /s/ Ronald S. Stadler
       Ronald S. Stadler
       State Bar No. 1017450
       Jonathan E. Sacks
       State Bar No. 1103024

3070 Helsan Drive, Suite J
Richfield, WI 53076
Telephone:262-304-0610
Email: rss@stadlersacks.com
      jes@stadlersacks.com